# 640 HARBECK v. HARBECK.

In the Matter of the Petition for Habeas Corpus of Nicholas Roach. — Order reversed. Opinion by Daniels, J.

Charles F. Russell v. Samuel W. Allerton. — Motion for reargument denied.

Stephen Tunstall, *Respondent,* v. Walter W. Winton, *Appellant.* — Motion for resettlement denied.

The People of the State of New York ex rel. James Preston, *Respondent,* v. Stephen B. French, etc., *Appellant.* — Order reversed and proceedings remanded; trial of issues directed as suggested in opinion of Brady, J. Opinions by Davis, P. J., and Brady, J., and by Daniels, J., dissenting.

Elisha Carpenter v. The New York, Lake Erie and Western Railway Company. — Motion denied.

The People of the State of New York ex rel. The Twenty-third Street Railway Company v. The Commissioners of Taxes and Assessments. — Order affirmed.

Caroline Harbeck, *Appellant,* v. John H. Harbeck, *Respondent.* — Judgment affirmed, without costs. Opinions by Davis, P. J., and Brady, J., and by Daniels, J., dissenting.